CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDY OXENRIDER   QP3860
**Full Name of Plaintiff**   **Inmate Number**

v.

Civil No. 4:23-CV-1449
(to be filled in by the Clerk's Office)

TRINITY FOOD SERVICE CORPORATION,
**Name of Defendant 1** MICHAEL PHILIPS/
MICHAEL ORDITO

(✓) Demand for Jury Trial
(  ) No Jury Trial Demand

PRIMECARE MEDICAL GROUP,
**Name of Defendant 2** TARA HAMM/
ALYSSA HYSOCK/DEREK HUGHES

SCHUYLKILL COUNTY PRISON PERSONNEL
**Name of Defendant 3** WARDEN DAVE WAPINSKY,
DEPUTY WARDEN, MICHAEL BUCHANON
CAPTON, JOHN BOWMAN
CAPTON, BARON LINE
**Name of Defendant 4**

FILED
SCRANTON

AUG 31 2023

PER _____
DEPUTY CLERK



**Name of Defendant 5**
(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II.  ADDRESSES AND INFORMATION

A.  PLAINTIFF

**OXENRIDER ANDY J.**
Name (Last, First, MI)

**QP3860**
Inmate Number

**SCI HOUTZDALE**
Place of Confinement

**209 INSTITUTION DRIVE P.O. BOX 1000**
Address

**HOUTZDALE PA. 16698-1000**
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:
- ___ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ✓ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner

B.  DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1: **TRINITY FOOD SERVICE CORPORATION PHILIPS MICHAEL, ARDITO MICHAEL**
Name (Last, First)

**SUPERVISOR FOR TRINITY FOOD SERVICE CORP.**
Current Job Title

**SCHUYLKILL COUNTY PRISON**
**230 SANDERSON STREET**
Current Work Address

**POTTSVILLE PA. 17901**
City, County, State, Zip Code

Defendant 2: PRIMECARE MEDICAL GROUP

Name (Last, First): HAMM TARA, HYSOCK ALYSSA, HUGHES DEREK

Current Job Title: SUPERVISOR/EMPLOYEES FOR PRIMECARE MED GROUP

Current Work Address: SCHUYLKILL COUNTY PRISON 230 SANDERSON STREET

City, County, State, Zip Code: POTTSVILLE PA. 17901

Defendant 3: SCHUYLKILL COUNTY PRISON PERSONNEL

Name (Last, First): WAPINSKY DAVE - WARDEN / BUCHANON MICHAEL - DEPT. WARDEN / BOWMAN JOHN - CAPTAIN

Current Job Title: AGENTS, SERVANTS, WORKMEN, OR EMPLOYEES SCH. CO. PRISON

Current Work Address: SCHUYLKILL COUNTY PRISON 230 SANDERSON STREET

City, County, State, Zip Code: POTTSVILLE PA. 17901

Defendant 4:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 5:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

SCHUYLKILL COUNTY PRISON ON OR ABOUT MARCH 11, 2022

B. On what date did the events giving rise to your claim(s) occur?

ON OR ABOUT MARCH 11, 2022

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

PLAINTIFF ARRIVED AT DEFENDANT SCHUYLKILL COUNTY PRISON WHERE HE CONSUMED FOOD CONTAMINATED WITH FECES OR OTHER FOREGN CONTAMINANT, AFTER CONSUMING THE FOOD AND BEVERAGES PREPARED AND DELIVERED BY DEFENDANTS PLAINTIFF BECAME SERIOUSLY ILL CONTACTING HEPITITIS (A), PLAINTIFF REPORTED TO PRISON STAFF AND PRIMECARE MEDICAL PERSONEL FOR EVALUATION PLAINTIFF SUFFERED FOR SEVERAL DAYS THEN WAS RUSHED TO THE HOSPITAL FOR FURTHER CARE WHERE HE WAS ADMITTED TO THE EMERGENCY ROOM FOR TREATMENT OF HEPATITIS (A) WHICH LED TO ACCUTE PANCREATITIS AND TOTAL LIVER FAILURE DUE TO CONSUMPTION OF FOOD CONTAMINATED WITH FECES OR OTHER UNSANITARY CONDITIONS AT THE SCHUYLKILL COUNTY PRISON, DEFENDANTS RECIEVED NUMEROUS OTHER COMPLAINTS BEFORE ON AND AFTER MARCH 11, 2022 FROM PATRONS/INMATES WHO BECAME SERIOUSLY ILL AFTER CONSUMING FOOD PROVIDED BY DEFENDANTS, THEREFORE THEY KNEW OF THE CONTAMINATION AND CONTINUED TO SERVE CONTAMINATED FOOD PREVIOUS TO ME ONE PATRON PASSED AWAY AT THE HOSPITAL FOR SAME SYMPTOMS, SEE EXHIBIT (A)

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT ON OR ABOUT BEFORE OR AFTER MARCH 11, 2022 DEFECTIVE DANGEROUS, HAZARDOUS CONTAMINATED FOOD WAS BEING SERVED AT THE SCHUYLKILL COUNTY PRISON BY DEFENDANTS THEY TOOK NO ACTION TO PREVENT IT PLAINTIFFS INJURIES ARE BUT NOT LIMITED TO 8TH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT, INJURIES WERE DIRECTLY AND PROXIMATELY CAUSED BY NEGLIGENCE, CARELESSNESS AND/OR RECKLESSNESS. SEE EXHIBIT A PARAGRAPHS 19-A THROUGH E COUNT 1-2-3-4-5.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

SOLELY AS A RESULT OF DEFENDANTS NEGLIGENCE, PLAINTIFF WAS CAUSED TO SUFFER VARIOUS PHYSICAL INJURIES IN AND ABOUT HIS PERSON MORE PARTICULARLY: HEPITITUS (A) CAUSING, INTESTINE, PANCREAS AND SEVERE LIVER DAMAGE SEE EXHIBIT (A) PARAGRAPHS 20, 21

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

PLAINTIFF PRAYS THAT THIS GREAT COURT GRANT HIM ALL COMPENSATORY DAMAGES TO WHICH HE IS ENTITLED, AWARD HIM COSTS, AND SUITS AS WELL AS REASONABLE ATTORNEYS FEE, AND FOR SUCH OTHER AND FURTHER RELIEF AS MAY BE JUST AND PROPER.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

8/17/23
_____
Date

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ANDY OXENRIDER

**DEFENDANTS**
TRINITY FOOD SERVICE CORPORATION ET. AL.

(b) County of Residence of First Listed Plaintiff: DAUPHIN/SCHUYLKILL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: SCHUYLKILL
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
SCI HOUTZDALE
209 INSTITUTION DRIVE P.O. BOX 1000
HOUTZDALE PA. 16698-1000

Attorneys *(If Known)*
PA. ATTORNEY GENERAL

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [x] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [x] 365 Personal Injury - Product Liability
- [x] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- [x] 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
- **Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983 CIVIL, 8TH AMENDMENT VIOLATION

Brief description of cause:
CARLESSLY, RECKLESSLY, NEGLIGENTLY, SERVED CONTAMINATED FOOD HEPATITIS (A)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ TO BE DETERMINED EXCESS OF $150,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____  DOCKET NUMBER: _____

DATE: 8/17/23

SIGNATURE OF ATTORNEY OF RECORD: *(signed)*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

CLERK OF COURT
U.S. DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 N. WASHINGTON AVE, P.O. BOX 1148
SCRANTON PA. 18501

DATE: 8/17/23

RE: 1983 CIVIL COMPLAINT, MARSHALS FORMS
INFORMA PAUPERIS, APPOINT COUNSEL

TO THE CLERK OF COURT:

PLEASE FIND WITHIN THE ABOVE MENTIONED 1 ORIGINAL AND 2 COPIES FOR FILING WITH THE COURT 3 COPIES 1 FOR EACH DEFENDANT ALONG WITH MARSHALS FORMS AND WAVER OF SUMMONS. PLEASE MAKE FILE OF RECORD AND RETURN A TIME STAMPED COPY BACK TO ME FOR MY RECORDS. I REMAIN

VERY RESPECTFULLY,

*[signature]*

ANDY OXENRIDER QP3860
SCI HOUTZDALE
209 INSTITUTION DRIVE
P.O. BOX 1000
HOUTZDALE PA. 16698-1000

